SUZANNE A. LUBAN
Attorney at Law
State Bar No.: 120629
3758 Grand Ave. #4
Oakland, California 94610
Telephone 510/832-3555
Fax 510/832-3558

Attorney for Defendant
WILLIE MULDER

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | |
|---|---|
| UNITED STATES OF AMERICA,           )  <br>                                                          )  <br>                       Plaintiff,         )  <br>                                                          )  <br>         vs.                                         )  <br>                                                          )  <br> WILLIE MULDER,                         )  <br>                                                          )  <br>                       Defendant.     )  <br> _____ ) | CR 09-1065-PJH  <br><br>STIPULATION  <br>TO CONTINUE  <br>HEARING ON SUPERVISED  <br>RELEASE MATTER  <br><br><br><br>Judge: Hon. Phyllis J. Hamilton |

     The U.S. Probation Officer filed a Form 12 Petition on December 16, 2013 alleging violations of supervised release against defendant Willie Mulder.  He was released on December 30, 2013 but then on January 15, 2014 he was re-arrested on a new violation that was added to the petition. The Court set the case for January 29, 2014 for a bail hearing and status on resolution of the supervised release petition.

     The defendant withdraws his request for a bail hearing.  The parties require additional time to work out a resolution of the pending violation petition, and therefore request a two-week continuance. Both counsel are available to appear on February 12, 2014.  The probation officer may be unavailable but has indicated that she will send a colleague to handle the hearing if she cannot attend.

     The parties respectfully request that this Court issue an order vacating the hearing

1

currently set before this Court for January 29, 2014 on the supervised release matter and continuing it for status to be heard on Wednesday, February 12, 2014 at 1:30 p.m.  Mr. Mulder is in custody.

SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: January 28, 2014        /S/ *James C. Mann*
                                      JAMES C. MANN
                                      Assistant United States Attorney

DATED: January 28, 2014        /S/  *Suzanne A. Luban*
                                        SUZANNE A. LUBAN
                                        Attorney for Willie Mulder

UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA
(Oakland Venue)

| | | |
|---|---|---|
| UNITED STATES OF AMERICA, | ) | CR 09-1065-PJH |
| | ) | |
| Plaintiff, | ) | [~~PROPOSED~~] |
| | ) | ORDER CONTINUING |
| vs. | ) | HEARING ON SUPERVISED |
| | ) | RELEASE MATTER |
| WILLIE MULDER, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | Judge: Hon. Phyllis J. Hamilton |

For the reasons stated in the stipulation filed by counsel, the Court finds that a continuance of the January 29, 2014 hearing on the supervised release violation petition pending against defendant Willie Mulder is warranted. That hearing is vacated, and the matter is hereby set before this Court for status hearing on February 12, 2014 at 1:30 p.m. for status or resolution of the pending supervised release violation petition.

IT IS SO ORDERED.

DATED: 1/28/14                    _____
                                  Hon. Phyllis J. Hamilton
                                  United States District Judge